# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jason Burton

      Plaintiff,

v.            Case No.: 1:23−cv−01315
            Honorable Jeremy C. Daniel

The Scion Group LLC

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 15, 2023:

   MINUTE entry before the Honorable Jeremy C. Daniel: The Court approves the parties' settlement agreement. No other potential plaintiffs joined this action, leaving Plaintiff Jason Burton to pursue his individual claim under the FLSA against the defendant. The parties have reached a settlement agreement that provides some compensation to Burton and allows him to avoid risks inherent in litigation. Burton reached this agreement while represented by counsel, and the agreement is fair and reasonable, particularly when one factors in the risks and costs of protracted litigation. As contemplated by the approved settlement, the Court dismisses the case with prejudice. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.